DIME SAVINGS BANK OF NEW YORK, F.S.B. *v.*
PETER Z. WU ET AL.

The petition of the defendants Peter Z. Wu and Judy M. Wu for certification for appeal from the Appellate Court, 34 Conn. App. 901 (AC 12130), is denied.

*Paul L. Bollo,* in support of the petition.

*Robert G. Golger,* in opposition.

Decided June 9, 1994

IBSEN BROTHERS, INC. *v.* DAVID C. GOLDMAN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 34 Conn. App. 904 (AC 12431), is denied.

*Gordon R. Raynor,* in support of the petition.

*David R. Schaefer,* in opposition.

Decided June 9, 1994

DEUTSCHE BANK COMPAGNIE FINANCIERE
LUXEMBOURG, S. A., ET AL. *v.* KARL
L. HERMANN ET AL.

The petition of the defendants Robert A. Schmitz and Marion B. Schmitz for certification for appeal from the Appellate Court, 34 Conn. App. 907 (AC 11991), is denied.

*Robert A. Schmitz,* pro se, and *Marion B. Schmitz,* pro se, in support of the petition.

*John F. Lambert,* in opposition.

Decided June 9, 1994